IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JONICIA SHELTON, TRACIE ALLEN,** and **NICHOLE WATSON**,<br><br>Plaintiffs,<br><br>v.<br><br>**LOANDEPOT.COM, LLC**,<br><br>Defendant. | Case Nos. 3:20-cv-02240-AR<br>3:21-cv-00541-AR<br>3:21-cv-00300-AR<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** |

**IMMERGUT, District Judge.**

On March 31, 2026, Magistrate Judge Armistead issued his Findings and Recommendation ("F&R"), ECF 187. The F&R recommends that this Court GRANT IN PART and DENY IN PART Defendant's Motions for Summary Judgment, ECF 156; 158; and 160, and DENY Plaintiff's corresponding Partial Motions for Summary Judgment, ECF 163.[1] Defendant timely filed objections to the F&R, ECF 198, and Plaintiffs filed a response, ECF 202. This

---

[1] Plaintiff Allen's Motion for Partial Summary Judgment was filed as ECF 127 in case number 3:21-cv-00541-AR, and Plaintiff Watson's Motion for Partial Summary Judgment was filed as ECF 123 in case number 3:21-cv-00300-AR.

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATION

Court has reviewed *de novo* the portions of the F&R to which Defendant objected and ADOPTS Magistrate Judge Armistead's F&R in full.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court has reviewed de novo the portions of Judge Armistead's F&R to which Defendant objected. Judge Armistead's F&R, ECF 187, is ADOPTED IN FULL. Defendant's Motions for Summary Judgment, ECF 156; 158; and 160, are GRANTED IN PART and DENIED IN PART, as detailed in the F&R. Plaintiff's corresponding Partial Motions for Summary Judgment, ECF 163, are DENIED.

**IT IS SO ORDERED**.

DATED this 31st day of July, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING FINDINGS AND RECOMMENDATION